UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK TRACY MECHAM,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON, et al.,<br><br>    Defendants. | CASE NO. C12-1173-JCC-MAT<br><br>ORDER STRIKING MOTION FOR<br>DEFAULT JUDGMENT |

Plaintiff, proceeding *pro se*, submitted a motion for default judgment. (Dkt. 7.) Having considered the motion, the Court finds and concludes as follows:

(1) As stated in the Order Directing Submission of Complaint or Petition (Dkt. 8), the nature of this action remains unclear and the Court has afforded plaintiff the opportunity to submit an amended complaint or a petition for writ of habeas corpus, along with a revised In Forma Pauperis application if plaintiff intends to pursue a habeas matter. Given these circumstances, plaintiff's pending motion for a default judgment is premature and hereby STRICKEN from the docket.

ORDER RE: MOTION
FOR DEFAULT
PAGE -1

01        (2)     The Clerk is directed to send a copy of this Order to plaintiff and to the

02   Honorable John C. Coughenour.

03        DATED this 7th day of August, 2011.

                                                    /s/ Mary Alice Theiler
                                                    Mary Alice Theiler
                                                    United States Magistrate Judge

ORDER RE: MOTION
FOR DEFAULT
PAGE -2